[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 234.]

STRAYER ET AL., APPELLEES, *v.* FEDERATED MUTUAL INSURANCE COMPANY, APPELLANT.

[Cite as *Strayer v. Federated Mut. Ins. Co.*, 1996-Ohio-407.]

*Insurance—Motor vehicles—Pursuant to former R.C. 3937.18, an underinsurance claim must be paid, when—Determining amount of underinsurance coverage to be paid.*

(Nos. 96-1125 and 96-1356—Submitted July 10, 1996—Decided August 7, 1996.)

APPEAL from and CERTIFIED by the Court of Appeals for Franklin County, No. 95APE11-1507.

————————————

*Clark, Perdue, Roberts & Scott* and *Glen R. Pritchard*, for appellees.

*Hamilton, Kramer, Myers & Cheek, David W. Pryor* and *Stephen E. Tugend*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Cole v. Holland* (1996), 76 Ohio St.3d 220, 667 N.E.2d 353.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and COOK, J., dissent.

STRATTON, J., not participating.

————————————